UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN SKURATON and JEFF SKURATON: | CIVIL ACTION NO.: 05-4335 |
| *Plaintiffs*, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CONTINENTAL AIRLINES, INC., | |
| *Defendant*. | |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed in its entirety with prejudice and without costs against either party.

Dankner & Milstein, P.C.
Attorney for Plaintiffs

BY: _____
Abram I. Bohrer, Esq.

Dated: March , 2008

LeClairRyan
a Virginia professional corporation
Attorneys for Continental Airlines, Inc.

BY: _____
Douglas H. Amster

Dated: March , 2008

So Ordered
Peter M Sheridan
5/15/08

1158586